# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number: 08 C 428

Eugene B. Chase, III, individually and on behalf of all
others similarly situated                   vs.
Ulta Salon, Cosmetics & Frangrance, Inc., Lynell P. Kirby,
Gregg R. Bodnar and Bruce e. Barkus

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eugene B. Chase, III, individually and on behalf of all
others similarly situated

| NAME (Type or print) |
| --- |
| Melissa M. McGuane |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Melissa M. McGuane |
| FIRM |
| Cohen Milstein Hausfeld & Toll, PLLC |
| STREET ADDRESS |
| 190 S. LaSalle Street, Suite 1705 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6280592 | 312-357-0370 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐