UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>Defendants. | Case No. 07-CV-7083 |
| WESTLEY BASSETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR, AND BRUCE E. BARKUS,<br><br>Defendants. | Case No. 08-CV-00277 |
| EUGENE B. CHASE III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR AND BRUCE E. BARKUS,<br><br>Defendants. | Case No. 08-CV-428 |

**MOTION OF EUGENE B. CHASE, III FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

Movant Eugene B. Chase, III respectfully moves this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B), 78u-4(a)(3)(B), for entry of an Order: (i) appointing him as Lead Plaintiff on behalf of himself and all others similarly situated who, from October 25, 2007 to December 10, 2007, inclusive (the "Class Period"), purchased or otherwise acquired securities of Ulta Salon, Cosmetic & Fragrance, Inc. and incurred damages as a result of the Defendants' violations of the federal securities laws; (ii) approving Movant's choice of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. to serve as Lead Counsel; and (iii) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Carol V. Gilden and exhibits annexed thereto, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: February 19, 2008                    Respectfully submitted,

                                    By:     /s/ Carol V. Gilden
                                            Carol V. Gilden, Esq.
                                            Melissa M. McGuane, Esq.
                                            **COHEN, MILSTEIN, HAUSFELD &
                                            TOLL, P.L.L.C.**
                                            190 South LaSalle Street
                                            Suite 1705
                                            Chicago, IL 60603
                                            Phone: 312- 357-0370
                                            Fax: 312-357-0369

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Joshua S. Devore, Esq.
**COHEN, MILSTEIN, HAUSFELD &
    TOLL, P.L.L.C.**
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600

*Counsel for Movant and Proposed Lead Counsel
for the Class*

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, hereby certify that on February 19, 2008, I electronically filed the foregoing Eugene B. Chase, III's, Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Sean M. Berkowitz
    Michael J. Faris
    Patrick M. Otlewski
    LATHAM & WATKINS LLP
    Sears Tower, Suite 5800
    233 South Wacker Drive
    Chicago, IL 60606
    Tel: (312) 876-7700
    Fax: (312) 993-9767
    Sean.Berkowitz@lw.com
    Michael.Faris@lw.com
    Patrick.Otlewski@lw.com

    Marvin A. Miller
    Lori A. Fanning
    MILLER LAW, LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL 60603
    mmiller@millerlawllc.com
    lfanning@millerlawllc.com

    Deborah R. Gross
    Robert P. Frutkin
    LAW OFFICES OF BERNARD M. GROSS, P.C.
    Suite 450, John Wanamaker Building
    Philadelphia, PA 19107
    debbie@bernardmgross.com

The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

    Kenneth Elan
    Law Offices of Kenneth Elan
    217 Broadway, Suite 606
    New York, NY 10007

                                          /s/ Carol V. Gilden