## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY, Individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>Defendants. | Case No. 07-CV-7083 |
| WESTLEY BASSETT, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR, AND BRUCE E. BARKUS,<br><br>Defendants. | Case No. 08-CV-00277 |
| EUGENE B. CHASE III, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR AND BRUCE E. BARKUS,<br><br>Defendants. | Case No. 08-CV-428 |

## NOTICE OF MOTION

To:    See attached Service List

PLEASE TAKE NOTICE THAT on February 26, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1703 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and will then and there present the attached Motion of Eugene B. Chase, III for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, supporting memorandum and the Declaration of Carol V. Gilden, copies of which accompany this Notice and are hereby served upon you.

Dated:  February 19, 2008

Respectfully submitted,

**COHEN MILSTEIN HAUSFELD & TOLL, PLLC**

By:        /s/ Carol V. Gilden
           Carol V. Gilden
           Melissa M. McGuane
           190 S. LaSalle Street, Suite 1705
           Chicago, IL  60603
           Tel:  312-357-0370
           Fax:  312-357-0369

           Steven J. Toll, Esq.
           Daniel S. Sommers, Esq.
           Joshua S. Devore, Esq.
           **COHEN, MILSTEIN, HAUSFELD &**
              **TOLL, P.L.L.C.**
           1100 New York Avenue N.W.
           West Tower, Suite 500
           Washington, DC  20005-3964
           Telephone: (202) 408-4600

           *Counsel for Movant and Proposed Lead Counsel*
           *for the Class*

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, hereby certify that on February 19, 2008, I electronically filed the foregoing Eugene B. Chase, III's Notice of Motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com

Marvin A. Miller
Lori A. Fanning
MILLER LAW, LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES OF BERNARD M. GROSS, P.C.
Suite 450, John Wanamaker Building
Philadelphia, PA 19107
debbie@bernardmgross.com

The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

Kenneth Elan
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY  10007

_____ /s/ Carol V. Gilden _____