## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 428 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Eugene B. Chase     vs     Ulta Salon Cosmetics | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [7] to consolidate is granted. This case is CONSOLIDATED for all purposes with this case, 07 C 7083 Marc Mirsky vs. Ulta Salon Cosmetics. Future docket entries may be made in 07 C 7083 only.

[Docketing to mail notice]

00:10

| | Courtroom Deputy | GDS |
|---|---|---|